# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Rosa Cabrera and Nelson Marquez <br><br> *Plaintiff(s)* <br> v. <br> The Hialeah Housing Authority, Inc., The City of Hialeah, and Rene Gutierrez, in his official and individual capacity <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. **16-cv-22082-Lenard/Goodman** ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The City of Hialeah
Mayor Carlos Hernandez
501 Palm Avenue
Hialeah, Florida 33010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexandra Lopez, Esq
Gallardo Law Office
8492 SW 8 ST
Miami, Florida 33144
Telephone: 305-261-7000
Email: civil@gallardolawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 15, 2016

//J. Adams
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Rosa Cabrera and Nelson Marquez )
)
)
)
)
*Plaintiff(s)* )
v. )  Civil Action No. **16-cv-22082-Lenard/Goodman**
The Hialeah Housing Authority, Inc., The City of )
Hialeah, and Rene Gutierrez, in his official and )
individual capacity )
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* The Hialeah Housing Authority
Julio Ponce
75 East 6th Street
Hialeah, Florida 33010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexandra Lopez, Esq
Gallardo Law Office
8492 SW 8 ST
Miami, Florida 33144
Telephone: 305-261-7000
Email: civil@gallardolawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 15, 2016

//J. Adams
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Rosa Cabrera and Nelson Marquez

*Plaintiff(s)*

v.

The Hialeah Housing Authority,Inc., The City of Hialeah, and Rene Gutierrez, in his official and individual capacity

*Defendant(s)*

Civil Action No

`16-cv-22082-Lenard/Goodman`

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rene Gutierrez
75 East 6 Street
Hialeah, Florida 33010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexandra Lopez, Esq
8492 SW 8 ST
Miami, Florida 33144
Telephone: 305-261-7000
Email:civil@gallardolawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: Jun 15, 2016

**SUMMONS**

//J. Adams
Deputy Clerk
U.S. District Courts