# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 16-CV-22082

Plaintiff:
**ROSA CABRARA AND NELSON MARQUEZ**

vs.

Defendant:
**THE HIALEAH HOUSING AUTHORITY, INC., THE CITY OF HIALEAH,
AND RENE GUTIERREZ, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY**

For:
GALLARDO LAW OFFICE, P.A.
8492 S.W. 8th Street
Miami, FL 33144

Received by Statewide Process Service, Inc on the 16th day of June, 2016 at 2:12 pm to be served on **RENE GUTIERREZ, 75 EAST 6TH STREET, HIALEAH, FL 33010**.

I, Jorge Lopez, do hereby affirm that on the **22nd day of June, 2016** at **11:45 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **RENE GUTIERREZ LA CARRETA RESTAURANT** at the alternate address of: **5350 W 16th Ave, HIALEAH, FL 33012**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.. Notary not required pursuant to F.S. 92.525 (2)

_____
**Jorge Lopez**
CPS 687

**Statewide Process Service, Inc**
5727 NW 7th Street
Suite 317
Miami, FL 33126
(786) 512-5440

Our Job Serial Number: OCH-2016000884

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e