# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

ROSA CABRERA and
NELSON MARQUEZ,

        Plaintiffs,

vs.

HIALEAH HOUSING AUTHORITY, INC.
THE CITY OF HIALEAH and RENE
GUTIERREZ,

        Defendants.

_____/

CASE NO. 1:16-CV-22082-JAL

## STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE

**WHEREAS,** Plaintiffs, Rosa Cabrera and Nelson Marquez, agree to voluntarily dismiss this action with prejudice; and

**WHEREAS,** Plaintiffs and Defendants stipulate and agree that Defendants shall retain the right to seek costs and fees against Plaintiffs;

**IT IS HEREBY STIPULATED AND AGREED** among the parties that, pursuant to the terms of Fed. R. Civ. P. 41(a), this action shall be, and is, **DISMISSED** with prejudice, and that Defendants shall retain the right to seek costs and fees against Plaintiffs, Marquez and/or Cabrera.

Dated: April 25, 2017

Respectfully submitted,

**GALLARDO LAW OFFICE, P.A.**
8492 SW 8th Street
Miami, Florida 33144
Telephone: (305) 261-7000
Fax: (305) 261-0088

By: _____
Alexandra Lopez, Esq.
Florida Bar No. 109167
Email: civil@gallardolawyers.com

By: _____
Ruben Scolavino, Esq.
Florida Bar No. 120580
Email: criminal@gallardolawyers.com
Leisy Jimenez, Esq.
Florida Bar No. 91736
Email: family@gallardolawyers.com

*Counsel for Plaintiffs*

**ROBERT L. SWITKES & ASSOCIATES, P.A.**
401 Lincoln Road, PH SE
Miami Beach, Florida 33139
Telephone: (305) 534-4757
Fax: (305) 538-5504

By: _____
Robert L. Switkes, Esq.
Florida Bar No. 241059
Email: rswitkes@switkeslaw.com

By: _____
Bradley Zappala, Esq.
Florida Bar No. 111829
Email: bzappala@switkeslaw.com

*Counsel for Defendants*