**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 16-22082-CIV-LENARD/GOODMAN

**ROSA CABRERA, et al.,**

    Plaintiff,

**v.**

**HIALEAH HOUSING AUTHORITY, INC., et al.,**

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON MOTION TO TAX COSTS (D.E. 65)

**THIS CAUSE** is before the Court on the Report and Recommendations on Motion to Tax Costs issued by Magistrate Judge Jonathan Goodman on December 22, 2017. ("Report," D.E. 65.) Therein, Judge Goodman recommends that the Court grant in part Defendants' Motion to Tax Costs (D.E. 61) and award Defendants $4,627.50. The Report provides the Parties with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    **1.**    The Report and Recommendations of the Magistrate Judge (D.E. 65) issued on December 22, 2017, is **ADOPTED**;

**2.** Defendants' Motion to Tax Costs (D.E. 61) is **GRANTED IN PART**; and

**3.** Defendants Hialeah Housing Authority and Rene Gutierrez shall have and receive from Plaintiffs Rosa Cabrera and Nelson Marquez $4,627.50 in taxable costs, for which sum let execution issue.

**DONE AND ORDERED** in Chambers at Miami, Florida this 9th day of January, 2018.

*[signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**